B6A (Official Form 6A) (12/07)

In re **Jose Torres Campos**
     **Ovelia Stokes Campos**
                                                 Case No. **10-10424-RLJ-13**
                                                                                             (if known)

## *AMENDED*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1834 University Abilene, TX 79603<br>UNIVERSITY PLACE, BLOCK 9, LOT W70FT OF 1 | Homestead | C | $51,453.00 | $1,197.11 |
| 1826 University Abilene, TX 79603<br>UNIVERSITY PLACE, BLOCK 9, LOT E20 LT 1 & W50 LT 2/Debtor 1 will move into this house after Debtor 2 files for divorce in February 2011. Debtor 2 will move into the 1834 University house. | Owner | C | $24,912.00 | $288.39 |
| 1974 Westmoreland empty lot<br>SEARS PARK, BLOCK 27, LOT 1 | Owner | C | $665.00 | $0.00 |
| 2020 Westmoreland empty lot<br>SEARS PARK, BLOCK 20, LOT 13 | Owner | C | $665.00 | $0.00 |
| 2118 Westmoreland empty lot<br>SEARS PARK, BLOCK 20, LOT 7 | Owner | C | $665.00 | $0.00 |
| 2002 Westmoreland empty lot<br>SEARS PARK, BLOCK 20, LOT 17 | Owner | C | $1,293.00 | $0.00 |
| | | Total: | $79,653.00 | |

(Report also on Summary of Schedules)