B6C (Official Form 6C) (4/10)

In re **Jose Torres Campos**  
**Ovelia Stokes Campos**

Case No. **10-10424-RLJ-13**
(If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1834 University Abilene, TX 79603 UNIVERSITY PLACE, BLOCK 9, LOT W70FT OF 1 | 11 U.S.C. § 522(d)(1) | $0.00 | $51,453.00 |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | $1,000.00 | $1,000.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $325.00 | $325.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $0.00 | $200.00 |
| 2007 Nissan Maxima | 11 U.S.C. § 522(d)(2) | $3,450.00 | $20,000.00 |
| | 11 U.S.C. § 522(d)(5) | $771.37 | |
| 2004 Chevy Pickup | 11 U.S.C. § 522(d)(5) | $2,563.90 | $10,600.00 |
| 2001 Chevy One Ton | 11 U.S.C. § 522(d)(2) | $138.14 | $9,000.00 |
| 1997 Toyota Camry not running | 11 U.S.C. § 522(d)(5) | $0.00 | $800.00 |
| 1995 Chevy Pickup/paid for | 11 U.S.C. § 522(d)(5) | $0.00 | $1,200.00 |
| 1990 Chevy Pickup | 11 U.S.C. § 522(d)(2) | $0.00 | $500.00 |
| | 11 U.S.C. § 522(d)(5) | $0.00 | |
| 2001 Chevy 3/4 Ton Extended Cab PU | 11 U.S.C. § 522(d)(2) | $0.00 | $8,000.00 |
| | 11 U.S.C. § 522(d)(5) | $8,000.00 | |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | $16,248.41 | $103,078.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Jose Torres Campos**  Case No. **10-10424-RLJ-13**
**Ovelia Stokes Campos**
(If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Front end loader $1,500.00<br>Trencher $900.00<br>Trowl Machine $700.00<br>Tools $1,000.00 | 11 U.S.C. § 522(d)(6) | $4,100.00 | $4,100.00 |
| 1986 Power Trowell | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 1984 Esco FlatbedTrailer | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 1978 Hudson Utility Trailer | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 2000 John Deere 2060 Tractor Skidloader | 11 U.S.C. § 522(d)(5) | $8,000.00 | $8,000.00 |
| | | **$28,848.41** | **$115,678.00** |