**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **JOSE TORRES CAMPOS** | **CASE NO: 10-10424** |
| **OVELIA STOKES CAMPOS** | **HEARING DATE: 06-01-2011** |
| | **HEARING TIME: 11:00am** |
| | |
| **A/K/A:** | **A/K/A 2:** |
| **D/B/A: CAMPOS CONCRETE CONTRACTOR** | **D/B/A 2:** |

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 06-01-2011, which is at least twenty-eight (28) days from the date of service hereof, at 11:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| | |
|---|---|
| **FOR LIVE COURT** | **FOR VIDEO COURT** |
| **US COURTHOUSE ROOM 2000A** | **US COURTHOUSE ROOM 2201** |
| **3RD AND PINE** | **3RD & PINE** |
| **ABILENE, TEXAS 796040000** | **ABILENE, TEXAS 796040000** |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *5-2-2011*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1205 TEXAS AVE #306**
**LUBBOCK, TEXAS 794010000**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
|  | * | CHAPTER 13 |
| IN RE: JOSE TORRES CAMPOS | * | CASE NO: 10-10424-RLJ-13 |
| OVELIA STOKES CAMPOS | * | HEARING DATE: June 1, 2011 |
|  | * | HEARING TIME: 11:00 A.M. |
| DEBTOR(S) |  |  |

_____

## MODIFICATION OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION

### DATE: 5-2-2011

Pursuant to 11 U.S.C. 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

### HISTORY OF THE CASE

1. Date Case Filed: 11-29-2011
2. Date of Section 341 Meeting: 1-5-2011
3. First Payment Date: 12-29-2010
4. Date of Confirmation: 4-1-2011
5. Total Plan Term Prior to this Modification: 60
6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 6
7. Remaining Plan Term (subtract item 6 from the lessor of item 5 or 60 months): 54
8. Amount of Arrears through the month prior to the date the Modification is filed: $2,360.00
9. Date Plan Payments are to Resume: June 29, 2011 (This must be the same month that the Modification is set for approval by the Court)
10. Total Payments **Paid** to the Trustee through the month prior to the date the Modification is filed with the clerk:$12,040.00
11. Total Payments **Due** to the Trustee through the month prior to the date the Modification is filed with the clerk:$14,400.00
12. Total Payments **Due** to the Trustee from the month the Modification is filed to the month the Modification is set for approval $4,200.00 (May payment)
13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:
    _____

## II.
## MODIFICATION REQUESTED
(check 1 or more of the following 4 choices)

\_\_\_\_ Plan payments remain at $_____ per month.
**_X_** **INCREASE** monthly payment from $4,200.00 per month to $4,420.00 per month (must coincide with resume date shown in item 9 above)
\_\_\_\_ Extend months from \_\_\_\_\_ months to \_\_\_\_\_ months (Not to Exceed 60 Calendar Months from Month of First Payment Date)
\_\_\_\_ Add balloon payment of $_____ in \_\_\_\_\_ month (indicate how the balloon payment will be made)_____
_____
All modifications which include a balloon payment will require testimony.

**_X_** Debtor's equity in non-exempt property changes from $0.00 to $97,379.32.

## III.
## RESUMPTION OF PAYMENTS TO THE TRUSTEE
(all information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $4,420.00 will resume on or before June 29, 2011 (item 9 above) for 54 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $245,400.00 to $257,280.00
**If the base amount has changed complete the following:**
    Total Paid in as of the month prior to Modification Approval:   $18,600.00
    **(+) Plus Total Payments to be made through the Remainder**
        of the plan (making up any arrears in item 8 above):     $238,680.00
    (=)**New Base Amount**                                                 $257,280.00

## IV.
## TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

**_X_** The unsecured creditor pool remains $0.00.

## V.
## SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

**ADD/DELETE/SURRENDER/CHANGE** the following Secured, Priority or Special Class Unsecured Creditor(s):
**CODE; A = ADD; D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT =CHANGE TO**

| Code | Name | Class | Amount | Collateral | Value | Int. | Monthly Payment Surrender Direct |
|------|------|-------|--------|------------|-------|------|-------------------------------|
| ____ | _____ | _____ | _____ | _____ | _____ | ____ | _____ |

or

__**X**__  Check here if no changes are to be made to creditors

**Note:  Changes to any creditors above shall not be effective until the Modification is Approved.**

## VI.
## ATTORNEY'S FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $_____, of which $_____ will be paid through the Plan by the Trustee.

or

__**X**__  Check here if no additional attorney fee has been added for this Modification of Plan after Confirmation.

## VII.
## REASON FOR MODIFICATION

This Modification is requested for the following reason(s):

In response to Report of Debtor Audit, document #45, entered 3-31-2011, citing one or more material misstatements, amended schedules were filed creating non-exempt property in the amount of $97,379.32.

## VIII.
## BUDGET INFORMATION

**No amended schedules I / J or paystubs will be submitted when this modification is filed.**

Dated: 5-2-2011

                                                    Respectfully submitted,

                                                   /s/ Walter O'Cheskey
                                                   CHAPTER 13 TRUSTEE

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
ABILENE DIVISION

IN RE:

JOSE TORRES CAMPOS & OVELIA STOKES CAMPOS

CASE NO: 10-10424 -RLJ-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| JOSE TORRES CAMPOS<br>1834 UNIVERSITY<br><br>ABILENE,TX 79603 | OVELIA STOKES CAMPOS<br>1122 WESTHEIMER RD<br><br>ABILENE,TX 79601- |
| WEST TEXAS REHABILITATION CTR<br>4601 HARTFORD<br><br>ABILENE,TX 79605-0000 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 |
| MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br><br>PHILADELPHIA,PA 19101-7346 |
| BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | TAYLOR CO CENTRAL APPRAIS DIST<br>1534 S TREADAWAY BLVD<br><br>ABILENE,TX 79602-4927 |
| WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424-0000 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- |
| US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 |
| ABILENE REGIONAL MEDICAL CENTER<br>6250 HWY 83-84<br>ANTILLEY RD<br>ABILENE,TX 79606-0000 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 |
| US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | WEST CENTRAL TEXAS COLLECTION BUREAU<br>PO BOX 2586<br><br>ABILENE,TX 79604-2586 |
| WFNNB<br>4590 E BROAD STREET<br><br>COLUMBUS,OH 43213- | WFNNB<br>8035 QUIVIRA RD<br><br>LENEXA,KS 66215- |
| RADIOLOGY ASSOCIATES OF ABILENE<br>PO BOX 2898<br><br>ABILENE,TX 79604-2898 | ABILENE SPORTS MEDICINE & ORTHOPEDICS<br>2074 ANTILLEY<br><br>ABILENE,TX 79606- |
| WFNNB - FINA<br>PO BOX 2961<br><br>SHAWNEE MISSION,KS 66201- | GEMB/WALMART<br>PO BOX 981400<br><br>EL PASO,TX 79998- |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| ABILENE TEACHERS FEDERAL CREDIT UNION<br>ATTN GREGORY PECK<br>PO BOX 5706<br>ABILENE,TX 79608- | DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br><br>NEW ALBANY,OH 43054- |
| MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680- | MICHAEL REED<br>MCCREAY VESELKA ET AL<br>PO BOX 1269<br>ROUND ROCK,TX 78680- |
| TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY<br>PO BOX 3978<br>SEATTLE,WA 98124- | TARGET NATIONAL BANK<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE,WA 98121- |
| BARCLAYS BANK DELAWARE<br>ATTN CUSTOMER SUPPORT DEPARTMENT<br>PO BOX 8833<br>WILMINGTON,DE 19899- | SHELL OIL<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195-0507 |
| BANK OF AMERICA<br>PO BOX 851001<br><br>DALLAS,TX 75285- | HSBC BANK<br>PO BOX 5253<br><br>CAROL STREAM,IL 60197- |
| MEDICAL DATA SYSTEMS I<br>ATTN BANKRUPTCY<br>2001 9TH AVE STE 312<br>VERO BEACH,FL 32960- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | GEMB/ DILLARDS<br>PO BOX 981402<br><br>EL PASO,TX 79998- |
| CHASE<br>201 N WALNUT ST DEL 1027<br><br>WILMINGTON,DE 19801- | MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680-1269 |
| ABILENE TEACHER FEDERAL CREDIT UNION<br>2801 N 6TH STREET<br><br>ABILENE,TX 79603- | DISCOVER<br>PO BOX 6103<br><br>CAROL STREAM,IL 60197-6103 |
| CANDICA LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE,WA 98124- | CANDICA<br>C/O WEINSTEIN & RILEY<br>2001 WESTERN AVENUE STE 400<br>SEATTLE,WA 98121- |
| CAPITAL ONE<br>AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY,OK 73154- | EXXMBLCITI<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- |
| CITIBANK USA<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20363<br>KANSAS CITY,MO 64195- | SAMS CLUB<br>BANKRUPTCY<br>PO BOX 105968<br>ATLANTA,GA 30348- |
| TNB<br>PO BOX 560284<br><br>DALLAS,TX 75356- | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br><br>NEW YORK,NY 10087-9262 |
| WORLD FINANCIAL NETWORK NATIONAL BANK<br>PO BOX 248872<br><br>OKLAHOMA CITY,OK 73124-8872 | GEMB<br>ATTN BANKRUPTCY DEPT<br>PO BOX 103104<br>ROSWELL,GA 30076- |

CASE NO:  10-10424 -RLJ-13

CERTIFICATE OF SERVICE

| | |
|---|---|
| SEARS/CBSD<br>PO BOX 6189<br>SIOUX FALLS,SD 57117- | HSBC BANK NEVADA NA<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 12907<br>NORFOLK,VA 23541- |
| FIRST PREMIER BANK<br>PO BOX 5529<br>SIOUX FALLS,SD 57117- | |

Dated:   05/02/2011

/s/ Walter O'Cheskey
Chapter 13 Trustee
By:  Kathleen